||||
|---|---|---|
| | | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| **Plaintiff**<br>BETA PHARMA, INC | | |
| | vs | DOCKET NO. 3:21-CV-05103 |
| **Defendant**<br>INVENTISBIO (SHANGHAI) CO., LTD., F/K/A SHANGHAI SHALETECH CO., LTD.,<br>ET AL | | **AFFIDAVIT OF SERVICE**<br>(for use by Private Service) |

||| 529970 |

**Person to be served:** WANSHENG LIU

Cost of Service pursuant to R4:4-30

$ _____

**Address:**
519 CHERRY HILL ROAD
PRINCETON NJ 08540

**Attorney:**
NORRIS, MCLAUGHLIN & MARCUS
400 CROSSING BLVD. 8TH FL P.O. BOX 5933
BRIDGEWATER NJ 08807

**Papers Served:**
SUMMONS & COMPLAINT CIVIL COVER SHEET

---

**Service Data:**

Served Successfully ✓    Not Served ____    Date: 3-17-2021    Time: 6:03pm    Attempts: ____

✓ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title: WANSHENG LIU PERSONALLY

**Description of Person Accepting Service:**

Age: 50    Height: 5'7    Weight: 155    Hair: Black    Sex: male    Race: Asian

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____    Comments or Remarks: _____

---

Subscribed and Sworn to me this 18th day of March 2021

*Patricia Knapp*
Notary Signature

PATRICIA KNAPP
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 06/25/2024

I, RAMI AMER, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    Date: 3-18-2021

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No. 529970
File No. 3:21-CV-05103

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BETA PHARMA, INC.,
*Plaintiff*

              V.           **SUMMONS IN A CIVIL CASE**

INVENTISBIO (SHANGHAI) CO., LTD.,
ET AL.,
*Defendant*

CASE NUMBER: **3:21-CV-05103-BRM-ZNQ**

TO: *(Name and address of Defendant)*:

Wansheng Liu
519 Cherry Hill Road
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Mahoney, Esq.
Norris McLaughlin, P.A.
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2021-03-15 16:23:11, Clerk
USDC NJD