AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-05103-BRM-ZNQ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DR YUEHENG JIANG**
was received by me on *(date)* **03/18/2021**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **ZHAOXIA JIANG WIFE OF DR YUEHENG JIANG**, a person of suitable age and discretion who resides there,
on *(date)* **03/22/2021**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/23/2021**

*Server's signature*

**THOMAS F. CABRAL  PRIVATE PROCESS SERVER**
*Printed name and title*

**407 BARK STREET SWANSEA, MA 02777**
*Server's address*

Additional information regarding attempted service, etc:

ZHAOXIA JIANG IS AN ASIAN FEMALE 5'0" 110 LBS BLACK HAIR 50-55 YRS OLD

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**BETA PHARMA, INC.,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**INVENTISBIO (SHANGHAI) CO., LTD.,
ET AL.,**
*Defendant*

CASE NUMBER: **3:21-CV-05103-BRM-ZNQ**

TO: *(Name and address of Defendant):*

Dr. Yueheng Jiang
14 Bow Road
Belmont, MA  02478-3505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Mahoney, Esq.
Norris McLaughlin, P.A.
400 Crossing Blvd., 8th Floor
Bridgewater, NJ  08807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2021-03-15 16:23:11**, Clerk
USDC NJD