IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETA PHARMA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>INVENTISBIO (SHANGHAI) CO., LTD.<br>f/k/a SHANGHAI SHALETECH CO., LTD.,<br>YUEHENG JIANG, and WANSHENG LIU, | Case No.<br>3:21-cv-05103-BRM-ZNQ |

## APPLICATION FOR AN EXTENSION OF TIME TO ANSWER

Application is hereby made pursuant to Local Rule 6.1(b) for a Clerk's Order extending the time within which Defendant, Wansheng Jerry Liu may answer the Complaint filed on March 15, 2021 by 14 days and it is represented that:

1. No previous extension has been requested or obtained by the Defendant.

2. The time to answer the Amended Complaint expires on April 7, 2021.

3. Accordingly, counsel for Defendant requests an extension of time to answer through April 21, 2021.

Dated: April 5, 2021

                DUANE MORRIS LLP

                */s/ Brian J. Slipakoff*
                Patrick Matusky
                Brian J. Slipakoff
                1940 Route 70 East, Suite 100
                Cherry Hill, NJ 08003-2171
                Phone: (856) 874-4200
                Fax: (215) 405-2966

                *Attorneys for Defendant, Wansheng Jerry Liu*

## **ORDER**

The above application is ORDERED GRANTED and Defendant Wansheng Jerry Liu's time to answer, move or otherwise reply to the Complaint is extended to April 21, 2021.

ORDER DATED _____

WILLIAM T. WALSH, Clerk

By: _____
DEPUTY CLERK

## **CERTIFICATE OF SERVICE**

On this 5th day of April, 2021, the undersigned certifies that the foregoing document was placed on the Court's ECF filing system.

/s/ Brian J. Slipakoff